23-03491

SECT. I MAG. 2

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT

DOC# 323080
Shane Anthony Jones
Full Name of Plaintiff, Prisoner Number _____ Civil Action

Madison Correctional | Tangipahoa Parish Jail
Security Management, | Turn-Key-Health
158 Treatment Plant Rd. | 101 Campo Lane _____ Judge
Tallulah, Louisiana 71282 | Amite, Louisiana 70422
Defendant _____ Magistrate Judge

## COMPLAINT

I. Previous Lawsuits

  A. Have you begun any other lawsuit while incarcerated or detained in any facility?
     Yes ☐    No ☒

  B. If your answer to the preceding question is yes, provide the following information.

     1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

        _____
        _____

     2. Name the parties to the previous lawsuit(s):

        Plaintiffs: _____

        Defendants: _____

     3. Docket number(s): _____

     4. Date(s) on which each lawsuit was filed: _____

     5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

        _____

2

TENDERED FOR FILING

AUG 14 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

C.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐   No ☒

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:
Tangipahoa Parish Sheriff Office-Jail
1801 Campo Lane, Amite, Louisiana 70422

B. Is there a prison grievance procedure in this institution?
Yes ☐   No ☒

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ☒   No ☐   Filed at Madison Correctional
If Yes, what is the Administrative Remedy Procedure number? Feb 2023

2. If you did not file an administrative grievance, explain why you have not done so.
I did not file at TPSO-Jail, because the next day I went to the hospital, also had the fear of some type of retaliation.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I sent in multiple medical-requests without response, then sent in ARP, but was shipped
Attach a copy of each prison response and/or decision rendered in the administrative proceeding from Madison before I got a response.

III. Parties to Current Lawsuit:

3

Home or Family Address:
Shane Anthony Jones
1113 St. Charles
Lafayette, Louisiana
70501

A. Name of Plaintiff  Shane Anthony Jones

   Address  101 Campo Lane Amite, Louisiana 70422

B. Defendant,  Security Management-Tallulah  employed as  Nursing Staff  at  Madison Correctional Facility

   Defendant,  Leslie Phelps , is employed as  Warden  at  Madison Correctional Facility

   Defendant,  Turn-Key-Health , is employed as  Nursing Staff  at  Tangipahoa Parish Jail

   Additional defendants  Heath Martin employed as  Warden at Tangipahoa Parish Jail

IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

I was shipped from TPSO-Jail approximately on Nov. 20th, 2022 to Madison Correctional. While recieving I told the nurses that I am diabetic with neuropathy and I'll need periodic glucose-checks and possible feet-inspections. They said with the info we have, you are not on a glucose--check list. The nurses at Madison said that I must see a doctor in order to get a regular glucose-check. I never once seen a doctor, what so ever.
    At pill-call, I still tried to tell the nurse that I am diabetic and may need glucose-checks, but all conversation was always 3rd party through the guards, which takes the privacy away from the "inmate-patient, so they told me to fill out a sick-call-request to say anything to the nurse, so I did.

—See Attachments—

So between Mid-Dec and Mid-Feb, we had a brown-water problem in the jail, we had to shower and consume it everyday. I started having headaches daily and I also mentioned getting my glucose-checked and foot inspection. The 'older-black-nurse' checked me briefly, but no feet issues at that time yet and my glucose level was good, I was given a Tylenol for my headache.

Approximately ending Jan., begginning Feb. I started having foot pains, so I sent in a sick-call and at every pill-call I reminded them that I sent one in, I was never seen! So I had to send in another 2 sick-calls about a week or so apart, but was never called to the front! By this time, I started noticing little spots of blood in my socks.... So I tried my best to keep it clean and dry when I showered daily. The pain started getting worse. So at every pill-call I tried telling the nurse that I've sent in multiple sick-calls and when will I be seen?! The guard told me one time that 'The Nurse Said She Don't Do Sick-Calls!', So this is when I figured out that I have absolutely No Control of my health at this Madison Correctional Center!

My pain was too intense by this time when I tried walking, so I told the guard Mofica, that I am bleeding and hurting, it's an emergency and I must see the nurse!, but when I got to the nurses office the 'Older-Black-Nurse' inspected me and asked me 'Why Did I Wait So Long?'.....I told her 'I've been trying and sent in many requests without any response!' Then the 'Red-hair-White-Nurse' came in and said 'We Got One of Your Sick-Calls, But You Denied Services!'....I said that I would never deny a much needed service!'

So after looking at my feet they sent me to the local E.R. in Union Parish. The nurses and doctor also asked me 'Why Did I Wait So Long?'.... I said 'I've sent in request after request to check my feet and nothing was done!' The doctor said that I have bacterial infections on one toe of each foot, so they cleaned it and wrapped it up and we went back to the jail, without any medi--cation or anything. So at pill-call, I asked the nurse 'will you be rewrapping my feet?' She said 'We Don't Do Any of That Here!....

Mid-afternoon on the next day on Feb 24th, 2023, Major Guise shipped me back to TPSO-jail, then the nurses took pictures of my feet and the next day I was admitted the the NorthOaks E.R. then was given meds to help me with infections for almost 2 weeks! Unfortunely, I wasn't allowed to contact a lawyer or even a family member to help me with this life-changing decision to amputate 2 of my toes!, it felt like I was pressured into cutting my toes off! So with the accumulation of the pain, stressful anxiety and deep-depression, I finally decided to have the surgery on Thurs evening March 9th and the next day went back to TPSO on March 10th. Approximately 2 months later, about May 15th or so, my stitches were removed, unfortunely I am still having pains till this day! My left big-toe incision is still a particly open wound that hasn't healed yet!. It's taking much longer than I thought it would!

I really feel that the nurses at Madison Correctional Facility violated my Medical-Rights to be seen as needed and didn't want to be bothered with the inmates. This feels like it was `Medical-Negligence!', because I sent in 3 medical sick-calls and an ARP! I did not deserve loosing 2 of my toes because the nursing staff was having a bad day! I am changed forever! I have to live with this for the rest of my life!

I have spent my entire 4½ years in the Medical-Dorm or V-Dorm because I suffer with Diabetes, Neuropathy, Depression, P.T.S.D. and High-Blood-Pressure. T.P.S.O.-Jail and Turn-Key Health was clearly aware of this, but still my name was released to be shipped to Madison Facility where I wasn't helped with my basic medical needs, such as a periodic glucose-check and a simple foot inspection. I was denied these much needed services!

Within the time frame of about Nov.20.2022 to Feb.24.2023 when I was shipped back, I was still a pre-trial-inmate-2018060525. I just took my time on July 12th, 2023.

_— See Attachments —_

V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I want all nurses to be held accountable when med-requests are sent in. I will need $30,000,000 in financial compensation.

VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 2nd day of August, 2023

DOC# 333020
~~2018060525~~ )Pre-trial XX

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

5/97

5

