UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANE ANTHONY JONES | CIVIL ACTION |
| VERSUS | NO. 23-3491 |
| MADISON CORRECTIONAL SECURITY MANAGEMENT, ET AL. | SECTION "I" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Shane Anthony Jones' 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 22nd day of December, 2023.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE